UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| RONALD E. SCOTT<br>SSN: xxx-xx-3589<br>DEBBIE S. SCOTT<br>SSN: xxx-xx-7414<br>DEBTOR(S) | CASE NUMBER: 05-50200<br>CHAPTER 13 |

### NOTICE TO RONALD & DEBBIE SCOTT THAT $3.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Ronald & Debbie Scott, debtors herein, and deposits $3.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. That the last known address for Ronald & Debbie Scott was:

   Ronald Scott                Debbie Scott
   P.O. Box 352                732 N. Hathaway
   Rochester, IN 46975         Winamac, IN 46996

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate these debtors were fruitless.

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Date:   1-19-10

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on ___1-19-10___

By U. S. Mail to the Debtors and Creditor as follows:

Debtor:  Ronald Scott, P.O. Box 352, Rochester, IN 46975
Debtor:  Debbie Scott, 732 N. Hathaway, Winamac, IN 46996
Creditor:  Sprint Nextel Corporation, P.O. Box 172408, Denver, IN 80217-2408

By electronic e-mail to the following:

U.S. Trustee
Debtors' Attorney:  Brad Woolley

/s/ Rosemary Ward-Wilson